

Attorneys at Law

Lori A. Medley
t  212.351.4926
f  212.878.8600
LMedley@ebglaw.com

March 28, 2022

<u>VIA ECF</u>

Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:   *Caroline Bucci v. Network Recovery Services, Inc.*
           Civil Action No. 1:22-cv-854 (JPC)

Dear Judge Cronan:

    We represent Defendant Network Recovery Services, Inc. ("NRS") in the above matter. NRS writes with the consent of Plaintiff to request that the Initial Pretrial Conference, which is currently scheduled for April 5, 2022, and all deadlines related thereto, be adjourned until a date after NRS' April 21 deadline to answer or otherwise move in response to the Complaint. The additional time would allow the parties to conserve resources while discussing a potential resolution of the matter. This is the first request for an extension of this deadline.

    Thank you for the Court's kind attention to this matter.

                                Respectfully,

                                */s/Lori A. Medley*

                                Lori A. Medley

LAM:lam

cc:   All counsel of record via ECF

**Defendant's unopposed request is granted. The Initial Pretrial Conference ("IPTC") scheduled for April 5, 2022 is adjourned to May 17, 2022 at 10:30 a.m. The parties shall submit their pre-IPTC joint letter and the proposed case management plan and scheduling order by May 10, 2022.**

**SO ORDERED.**

**Date:   March 28, 2022**
             **New York, New York**

                                                                      JOHN P. CRONAN
                                                          United States District Judge