

> Defendant's unopposed request is granted. Defendant shall file its motion to dismiss by June 7, 2022; Plaintiff shall file her opposition brief by July 8, 2022; Defendant shall file any reply brief by July 22, 2022. The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 22 and 23.
>
> SO ORDERED.
>
> Date: May 23, 2022
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Lori A. Medley
t 212.351.4926
f 212.878.8600
LMedley@ebglaw.com

May 20, 2022

VIA ECF

Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:  *Caroline Bucci v. Network Recovery Services, Inc.*
         Civil Action No. 1:22-cv-854 (JPC)

Dear Judge Cronan:

    We represent Defendant Network Recovery Services, Inc. ("NRS") in the above matter. NRS writes with the consent of counsel for Plaintiff Caroline Bucci to request that the deadline for NRS to file its motion to dismiss the Complaint, which is currently scheduled for May 24, 2022, be adjourned to June 7, 2022.

    The adjournment is being requested because the parties are engaged in settlement discussions and may be able to resolve this matter without further involvement from the Court. This is the first request for an extension of this deadline.

    Thank you for the Court's kind attention to this matter.

                    Respectfully,

                    */s/Lori A. Medley*

                    Lori A. Medley

cc:    All counsel of record via ECF