```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CAROLINE BUCCI,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :        22 Civ. 854 (JPC)
                -v-                                                    :
                                                                       :                ORDER
NETWORK RECOVERY SERVICES, INC.,                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 28, 2022, the Court ordered the parties to submit a joint letter by July 27, 2022 regarding the status of settlement. Dkt. 28. The parties failed to submit a status letter by the July 27, 2022 deadline. Accordingly, it is hereby ORDERED that, by August 1, 2022, the parties shall submit a status letter as set forth in the June 28, 2022 Order.

SO ORDERED.

Dated: July 28, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge